UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:04-CR-56 |
| ) | (Phillips) |
| MARY ANN MURRAY ) | |

## ORDER

This matter is before the court on the defendant's *pro se* motion to modify and/or suspend her restitution payments. In support of her motion defendant states that her payments are set at $25.00 every month and her inmate pay is only $5.25 per month, which imposes a financial hardship on defendant. Defendant requests that the court order her restitution payments suspended until her release from incarceration.

Because defendant's motion does not state that she has exhausted the administrative remedies available to her under the Inmate Financial Responsibility Program, 28 C.F.R. § 542.10(a), this court lacks subject matter jurisdiction over defendant's motion. Accordingly, defendant's motion to suspend her restitution payments [Doc. 28] is **DENIED.**

**ENTER:**

s/ Thomas W. Phillips
United States District Judge